■ LAWRENCE R. BAILEY, Appellant, v. POWELL-SAVORY CORP. et al., Respondents.— Judgment and order unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ LOUIS KLINICK, Plaintiff, v. 66 EAST 80 REALTY CORP. et al., Respondents, and MURRAY BARR et al., Appellants, et al., Defendants.— Judgment so far as appealed from unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ. [15 Misc 2d 911.]

■ In the Matter of I. ARTHUR ROSENBERG, Appellant, against JOSEPH J. CAPUTA, as State Rent Administrator, Respondent, and Estate of JAMES BUTLER, Deceased, Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of SOLDIERS, SAILORS & AIRMEN'S CLUB, INC., et al., Appellants, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents, and 139 EAST 36TH STREET CORP. et al., Intervenors-Respondents.— Appeal from memorandum decision is dismissed on the ground that no appeal lies from said decision. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of SOLDIERS, SAILORS & AIRMEN'S CLUB, INC., et al., Appellants, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents, and 139 EAST 36TH STREET CORP. et al., Intervenors-Respondents.— Final order unanimously affirmed, with $20 costs and disbursements to the respondent and intervenors-respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ ANNE K. SMITH, Appellant, v. FEDE REALTY CORPORATION, INC., et al., Respondents.— Judgent so far as appealed from unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ BERNARD CHESNER, Doing Business as CHESNER FUR Co., Appellant, v. JOSEPH BERNHAM, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ ROSE FINKELSTEIN, Appellant, v. SOL MINDLIN et al., Respondents, et al., Defendant.— Order and judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON FREDERICK FARMER, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ GREAT ATLANTIC AND PACIFIC TEA COMPANY et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— Order and judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ A. J. ARMSTRONG CO., INC., Respondent, v. KASCO MILLS, INC. et al., Appellants.— Order and judgment unanimously reversed, on the law and on the facts, with costs to the appellants, and the motion denied, with $10 costs. The action is to recover on an account receivable allegedly assigned to the plaintiff. The invoice representing the indebtedness contains a notation in the body thereof typed in the same manner as all of the rest of the matter contained therein, which reads " please make payment of this invoice to: " followed by the name and address of the plaintiff and concluding with the words " thank you." We must hold that there are issues of fact requiring a trial. Included in